## HOLLIDAY et al. *v.* KIRK et al.

" On the opening of court and for one hour thereafter, motions and demurrers
in their order shall be heard, and at no other time during the term unless
specially ordered." *Held,* under this rule, that the plaintiffs below were
at liberty to move against their adversary's pleas on the same day on
which they were filed.

*Error to County Court of Arapahoe County.*

IT appears from the record that the defendants below filed
their pleas on January 8th, 1877, and that on the same day
the plaintiffs filed their motion to strike said pleas from the
files; that said motion was taken up by the court on the
same day, in the absence of the defendants, and sustained;
that said motion was heard within a short time after the
filing of said pleas in the morning hour, after the hearing
of motions and demurrers in other cases which had before
been set for that day; that there was no special order of
the court entered to hear said motion; that at the time
said motion was heard there was pending and undeter-
mined other motions and demurrers that had been filed
prior to that day, and which had not been specially set
down by the court for hearing at other times subsequent to
that day; that said court had adopted certain rules of court
to take effect on and after the first Monday in December,
1875; that the first of said rules was as follows:

"On the opening of court and for one hour thereafter,
motions and demurrers in their order shall be heard, and
at no other time during the term unless specially ordered."

That said rule was in force at the time said pleas and
motion were filed and determined; that the defendants by
their counsel came into court just as said motion had been
determined, and then and there objected to said motion hav-
ing been submitted and determined, but the court overruled
said objection, to which the defendants excepted; that the
defendants also excepted to the ruling of the court in sus-
taining said motion, striking said pleas from the files and
entering judgment *nil dicit* in said cause.

Messrs. BUTLER & WRIGHT, for plaintiffs in error.

Messrs. SYMES & DECKER, for defendants in error.

WELLS, J.   Conceding the doctrine contended for, that the rules of court in general apply in all cases alike, and bind not only counsel and suitors, but the court also, it is not apparent that in the present case the rule of court relied upon was violated.   The plaintiff below was at liberty to move against his adversary's pleas on the same day on which they were filed.   There is nothing in the rule quoted nor in the facts presented in the bill of exceptions to prevent a disposition of that motion during the morning hour of that day, without special assignment of it.   The rule itself was an assignment of all issues of law, pending motions and demurrers for the morning hour of each day until disposed of.

The fact that issues of law in other cases had been set for hearing at a later day did not affect the question.

Judgment affirmed with costs.

*Affirmed.*